IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>MARK COHODES and HOLBROOK HOLDINGS, INC.,<br><br>Defendant. | CV-25-41-BU-JTJ<br><br>**ORDER** |

This matter is at issue and so is eligible for a preliminary pretrial conference under Rule 16(a) of the Federal Rules of Civil Procedure and Local Rule 16. Accordingly,

**IT IS ORDERED:**

(1) The parties shall appear before the undersigned **BY TELEPHONE** on **September 17, 2025 at 10:00 a.m.**, MST, for the purpose of participating in a preliminary pretrial conference ("conference"). **The call-in number is as follows: 833-990-9400; Meeting ID: 882927420.**

(2)   Any party may commence discovery immediately upon providing the Rule 26(a)(1) Initial Disclosure to all opposing parties. Fed. R. Civ. P. 26(d).

(a)   If it is impossible for a party to attend the conference at the time set, application for an extension must be made by motion.  The motion must state whether opposing party objects.  The motion also must be accompanied by a proposed order resetting the conference.  Requests to change the conference date will be granted for good cause shown.

(3)   The conference is intended to develop a case-specific plan for discovery and a schedule for disposition of the case.  Parties should prepare to take part in meaningful discussions of material contained in the pretrial statements.  Each party to the case must be represented at the conference by at least one person with authority to enter stipulations.  The case management plan, including trial date resulting from the conference, will not be subject to revisions absent compelling reasons.

(4) Parties shall meet and confer to consider matters listed in Fed. R. Civ. P. 26(f)**.**

(5)   On or before ***September 15, 2025*** the parties shall jointly file with the Court a written report outlining the discovery plan formulated at the conference. **The discovery plan must include the following dates:  joinder of parties and amendment of pleadings and disclosure of all experts**.  Expert disclosures must comply with Fed. R. Civ. P. 26(a)(2)(B).  As part of the discovery plan parties shall seek to identify and should be prepared to discuss in detail any electronic discovery stipulations or issues which may arise and a plan for electronic discovery.  Fed R. Civ. P. 26(f)(3).  In that regard the parties may find it useful to

consider potential issues regarding electronic discovery such as those outlined in the Delaware Default Standard for Discovery of Electronically Stored Information ("E-Discovery") found at http://www.ded.uscourts.gov/sites/default/files/Chambers/SLR/Misc/EDiscov.pdf.

(6)   On or before *September 15, 2025*, parties shall file a preliminary pretrial statement.  See Fed. R. Civ. P. 26(a)(1).  The statement shall address all matters listed in Federal Rule 26(a)(1) and all matters listed in Local Rules 16.2(b)(1), and 26.1.

(7)   On or before *September 15, 2025*, parties shall file a Statement of Stipulated Facts.  See Local Rule 16.2(b)(3).

DATED this 5th day of August 2025.

_____
John Johnston
United States Magistrate Judge