Matt J. Kelly
TARLOW STONECIPHER
WEAMER & KELLY, PLLC
1705 West College St.
Bozeman, MT 59715-4913
Telephone: (406) 586-9714
Facsimile: (406) 586-9720
mkelly@lawmt.com

Andrew C. Phillips
MEIER WATKINS PHILLIPS PUSCH LLP
919 18th Street NW, Suite 650
Washington, DC 20006
Telephone: (202) 318-3655
andy.phillips@mwpp.com

*Attorneys for Holbrook Holdings, Inc.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY, an Illinois Company,<br><br>Plaintiff,<br><br>v.<br><br>MARC COHODES, an individual, and HOLBROOK HOLDINGS, INC., an Oregon Corporation,<br><br>Defendants.<br>_____<br>MARC COHODES, an individual,<br><br>Counter-Claimant,<br><br>v. | Case No. 2:25-cv-00041-JTJ<br><br><br><br><br><br>**DEFENDANT HOLBROOK HOLDINGS, INC.'S PRELIMINARY PRETRIAL STATEMENT** |

| STATE FARM FIRE AND CASUALTY COMPANY, an Illinois Company, |
| :--- |
| Counter-Defendant. |

Pursuant to the Order of August 5, 2025 (Doc. 17), Federal Rule of Civil Procedure 26(a)(1)(A)(i) and (ii), and L.R. 16.2(b)(1), Defendant Holbrook Holdings, Inc. ("Holbrook") files this Preliminary Pretrial Statement.

### A. Brief Factual Outline of the Case

Holbrook Holdings, Inc. ("Holbrook") sued Marc Cohodes ("Mr. Cohodes") in the United States District Court for the District of Montana, Butte Division, alleging that Mr. Cohodes libeled Holbrook by posting comments about Holbrook on the social media platform X: *Holbrook Holdings, Inc. v. Marc Cohodes*, U.S. District Court for the District of Montana, Case No. 24-CV-175-BU-JTJ (the "Underlying Litigation").

State Farm is Mr. Cohodes's insurer. State Farm filed the present action seeking a declaration of its rights and obligations under its policies. Holbrook answered the Complaint generally denying that it has any obligations under the policy and asserted affirmative defenses.

### B. The Basis for Federal Jurisdiction and for Venue in the Division

Jurisdiction is based upon diversity of citizenship. 28 U.S.C. § 1332(a)(1). Holbrook Holdings, Inc. is a corporation organized under the laws of Oregon and

has its principal place of business in Georgia, and is therefore deemed a citizen of Oregon and Georgia. Mr. Cohodes is a citizen of Montana. State Farm is a corporation organized under the laws of Illinois, and has its principal place of business in Illinois. State Farm is therefore deemed a citizen of Illinois. The amount in controversy in the underlying matter exceeds the sum of $75,000, exclusive of interest and costs, because Holbrook has alleged in the Underlying Litigation that it seeks actual and compensatory damages exceeding $75,000 from Mr. Cohodes. Holbrook denies that State Farm has a good faith basis to believe the amount in controversy exceeds $75,000 against Holbrook for purposes of establishing federal jurisdiction.

If there were a $75,000 amount in controversy, then pursuant to L.R. 1.2(c)(2), venue is proper in the Butte Division because the Underlying Litigation is venued in the Butte Division of this Court, and the State Farm policies at issue were issued to Mr. Cohodes at his residence in Gallatin County, Montana.

### C. & D. The Factual and Legal Basis of Each Claim or Defense

This matter does not assert claims against Holbrook beyond its involvement in the Underlying Litigation.

Holbrook asserted affirmative defenses as follows:

1. State Farm's Complaint fails to state a claim upon which relief can be granted. Holbrook is not a party to the insurance contract and has not sought coverage or benefits under the policies.

2. There is no actual, ripe, or justiciable controversy between State Farm and Holbrook.

3. State Farm lacks standing to seek relief against Holbrook because Holbrook is not a party to the insurance contracts at issue and has not made a claim under the policies.

4. State Farm's claims are premature because there has been no final judgment in the Underlying Litigation. Until liability is established, any decision on indemnity is speculative and prejudicial to Holbrook.

5. Declaratory relief is inappropriate where it would require the Court to make factual determinations that overlap with the issues in the Underlying Litigation.

**E. Computation of Damages**

Holbrook is not claiming any damages but will seek attorney's fees incurred in defense of this action.

**F. The Pendency or Disposition of any Related State or Federal Litigation**

The Underlying Litigation is currently in its early stages. Mr. Cohodes has filed a Special Motion to Strike/Anti-SLAPP Motion Pursuant to O.C.G.A. § 9-11-

11.1 and Holbrook has opposed that Motion. That Motion has been fully briefed since May, 2025, and is ready for decision.

### G. Proposed Additional Stipulations of Fact and Understanding as to what Law Applies

Holbrook does not propose any additional stipulations of fact.

### H. Proposed Deadlines Relating to Joinder of Parties or Amendment of the Pleadings

Holbrook agrees with the proposed deadline for joinder of parties and amendment of the pleadings of October 10, 2025.

### I. Identification of Controlling Issues of Law Suitable for Pretrial Disposition

Holbrook is unaware of any issues of law suitable for pretrial disposition.

### J. Name and City and State of Current Residence of Each Individual Known or Believed to Have Information That May Be Used in Proving or Denying Any Party's Claims or Defenses, and a Summary of That Information.

> Scott Carmack
> c/o Andrew C. Phillips, Managing Partner
> Meier Watkins Phillips Pusch LLP
> 919 18th St NW, Suite 650
> Washington, DC 20006
> (847) 951-7093

Mr. Carmack is expected to have discoverable information regarding the allegations of the Complaint filed against Marc Cohodes.

Any Individuals Identified by State Farm or Marc Cohodes, and the discoverable information identified by State Farm or Marc Cohodes.

### K. Relevant Insurance Agreements

Holbrook is unaware of any relevant insurance agreements relevant to its defenses.

### L. Status of Settlement Discussions and Prospects for Compromise of Case

At present, the prospects for the settlement of this case appear slim based upon discussions between counsel for the parties.

### M. Suitability of Special Procedures

Holbrook is not aware of any special procedures that should apply to this case.

Dated: September 16, 2025.

>    /s Matt J. Kelly_____
>    Matt J. Kelly
>    TARLOW STONECIPHER
>    WEAMER & KELLY, PLLC
>    1705 West College Street
>    Bozeman, MT 59715
>    (406) 586-9714
>    mkelly@lawmt.com
>
>    Andrew C. Phillips
>    MEIER WATKINS
>    PHILLIPS PUSCH LLP
>    919 18th St NW, Suite 650
>    Washington, DC 20006
>    (847) 951-7093
>    andy.phillips@mwpp.com
>
>    *Counsel for Defendant Holbrook Holdings, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of September, 2025, a true and correct copy of this document was served on the following person(s) by:

| | |
|---|---|
| 1, 2, 3 | CM/ECF |
| _____ | Hand Delivery |
| _____ | Mail |
| _____ | Overnight Delivery Service |
| _____ | Fax |
| _____ | E-Mail |

1. Clerk of U.S. District Court

2. Elissa M. Boyd, Esquire
   CHARTWELL LAW
   7700 NE Parkway Dr, Ste 215
   Vancouver, WA 98662
   eboyd@chartwelllaw.com

   *Attorney for Plaintiff*

3. Fred Simpson
   HALL & EVANS, LLC
   125 Bank Street, Ste. 403
   Missoula, MT 59802
   simpsonf@hallevans.com

   *Attorney for Defendant/ Counter-Claimant Marc Cohodes*

                                          */s Matt J. Kelly*
                                          Matt J. Kelly